# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

**Debtor:** MICHAEL A SCHAEFER
**Case Number:** 16-07971-RLM-7A  **Chapter:** 7
**Date / Time / Room:** WEDNESDAY, NOVEMBER 08, 2017 10:00 AM   IP 329
**Bankruptcy Judge:** ROBYN L. MOBERLY
**Courtroom Clerk:** MARCELLA LOCKERT
**Reporter / ECR:** MARCELLA LOCKERT

### Matter:

ADV: 1-17-50157

**Elliott D. Levin, Trustee vs Golfer's Guide Marketing Solutions, LLC & Frey Media, Inc.**

Hearing on Motion for Proceeding Supplemental [22]

**R / M #:**   0 / 0

### Appearances:

KEENAN CHARLES FENNIMORE, ATTORNEY FOR ELLIOTT D. LEVIN, TRUSTEE

### Proceedings:

DISPOSITION: Hearing held. Plaintiff appears by counsel. Defendant(s) failed to appear.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**